BANK OF AMERICA, Plaintiff–Appellee,

v.

Florine BEESON; Henry Beeson, Defendants–Appellants.

No. 15–2163.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 17, 2015.

Decided: Dec. 21, 2015.

Florine Beeson, Henry Beeson, Appellants Pro Se. William Price Stork, Brock & Scott, Columbia, South Carolina, for Appellee.

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

The Appellants, Florine and Henry Beeson, removed their state foreclosure action to federal court pursuant to 28 U.S.C. § 1446 (2012). The district court adopted the magistrate judge's recommendation and remanded the case back to state court for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c) (2012). Ap-

pellants seek to appeal that order and the Appellee filed a motion to dismiss the appeal.

The district court's order of remand is not reviewable by this court. *See* 28 U.S.C. § 1447(d) (2012); *see also E.D. ex rel. Darcy v. Pfizer, Inc.*, 722 F.3d 574, 579 (4th Cir.2013) (section 1447(d)) prohibits review of all remand orders pursuant to § 1447(c) "regardless of 'whether or not that order might be deemed erroneous by [us].' " (quoting *Thermtron Prods. v. Hermansdorfer*, 423 U.S. 336, 351, 96 S.Ct. 584, 46 L.Ed.2d 542 (1976)). Accordingly, we grant the Appellee's motion to dismiss the appeal and deny the Appellants' motions for injunctive relief pending appeal, default judgment, and emergency relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*DISMISSED.*